

1  STEVEN W. MYHRE
   United States Attorney
2  WILLIAM R. REED,
   Assistant United States Attorney
3  100 W. Liberty Street, Suite 600
   Reno, Nevada  89501
4  (775) 784-5438

5

6                **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8                                        **3:07-CR-0097-BES-RAM**

9  UNITED STATES OF AMERICA,      ) INDICTMENT FOR VIOLATIONS OF:
                                  )
10                 PLAINTIFF,     ) COUNT ONE: TITLE 18, UNITED
                                  ) STATES CODE, SECTION 474(a)
11 VS.                            ) Possession of Digital Images
                                  ) for Counterfeiting
12 KATHRYN DIANE CRANSTON         )
                                  ) COUNTS TWO & THREE: TITLE 18,
13                                ) UNITED STATES CODE, SECTION 472
                  DEFENDANT.      ) Passing Counterfeit Obligations

14

15 **THE GRAND JURY CHARGES THAT:**

16                         **COUNT ONE**

17   (Possession of Digital Images for Counterfeiting Obligations)

18         Between on or about September 11, 2006, and June 17,

19 2007, in the State and Federal District of Nevada,

20                    **KATHRYN DIANE CRANSTON**

21 Defendant herein, with intent to defraud did unlawfully possess

22 digital images in the hard drive of her computer of obligations of

23 the United States, that is five (5) one hundred dollar Federal

24 Reserve Notes, one of which was Series 1990, Serial No. J76683219A,

25 one of which was Series 1996, Serial No. FH00357666A, two of which

26 were Series 1999, Serial Nos. AB93398926D and BI39161093A, one of

which was Series 2003, Serial No. DJ35207044A and one ten-dollar Federal Reserve Note, Series 2004, Serial No. GE28334587A, all in violation of Title 18, United States Code, Section 474(a).

## COUNT TWO

(Passing Counterfeit Obligations)

On or about June 14, 2006, in the State and Federal District of Nevada,

### KATHRYN DIANE CRANSTON

with intent to defraud, did pass to the West End Women's Medical Group, falsely made, forged and counterfeited obligations of the United States, that is six (6) one hundred dollar Federal Reserve Notes, two of which were Series 1990, Serial No. J76683219A, one of which was Series 1996, Serial No. AB13796899R, one of which was Series 2001, Serial No. CL69537268A, two of which were Series 2003, Serial No. DD22861073A, three (3) twenty-dollar Federal Reserve Notes, two of which were Series 2004, Serial Nos. EG27360965B and EE67129632B, and one of which was Series 1990, Serial No. B28233054G, all of which she then knew to be falsely made, forged and counterfeited, all in violation of Title 18, United States Code, Section 472.

## COUNT THREE

(Passing Counterfeit Obligations)

On or about June 7, 2007, in the State and Federal District of Nevada,

**KATHRYN DIANE CRANSTON**

with intent to defraud, did pass to Fandango Casino, a falsely made, forged and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of one hundred dollars, Series of 1999, Serial No. AB93398926D, which she then knew to be falsely made, forged and counterfeited, all in violation of Title 18, United States Code, Section 472.

**Forfeiture Allegation**

Upon conviction of Count One of this Indictment, which the Grand Jury refers to and incorporates herein by reference as though fully set forth, the defendant, Kathryn Diane Cranston, shall forfeit to the United States any material and apparatus used and intended to be used in the making of counterfeit obligations of the United States found in the possession of the defendant without authority of the Secretary of the Treasury or other proper officer, including, a Toshiba laptop computer, model Satellite M45, serial number 360885490.

All in violation of Title 18 U.S.C. § 492 and pursuant to Title 28 U.S.C. §2461(c)

Dated this 19 day of December, 2007.

**A TRUE BILL:**

/S/
_____
**FOREPERSON OF THE GRAND JURY**

Steven W. Myhre
United States Attorney

William R. Reed,
Assistant United States Attorney