

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:07-CR-097-BES-RAM |
| Plaintiff, ) | |
| vs. ) | |
| KATHRYN DIANE CRANSTON ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#24) on October 28, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| BANK OF AMERICA | $400.00 |
| WELLS FARGO BANK | $420.00 |
| AMERICAN GENERAL FINANCE | $100.00 |
| UNITED STATES POSTAL SERVICE | $40.00 |
| US BANK | $400.00 |
| LOWES HOME IMPROVEMENT | $200.00 |
| BANK OF THE WEST | $20.00 |
| SCHOOLS FINANCIAL CREDIT UNION | $100.00 |
| GOTTSCHALKS | $20.00 |
| TARGET STORE | $220.00 |
| WALMART | $400.00 |
| DOLLAR TREE | $200.00 |

| | |
|---|---:|
| SAFEWAY | $120.00 |
| 7-ELEVEN | $100.00 |
| OLD NAVY | $200.00 |
| AUTOZONE | $200.00 |
| PETSMART | $220.00 |
| DAIRY QUEEN | $100.00 |
| JC PENNEY | $100.00 |
| WALGREENS | $300.00 |
| SUBWAY | $40.00 |
| CHILIS RESTAURANT | $300.00 |
| STARBUCKS | $240.00 |
| LONGS DRUGSTORE | $20.00 |
| COSTCO | $20.00 |
| BARNES AND NOBLE | $40.00 |
| CARROWS | $20.00 |
| RED ROBIN | $100.00 |
| SAVE MART | $100.00 |
| BLOCKBUSTER | $600.00 |
| KRAGEN AUTO PARTS | $440.00 |
| ROUND TABLE PIZZA | $100.00 |
| ADALBERTOS | $20.00 |
| ANDY'S HOME CENTER | $20.00 |
| ARBY'S ROAST BEEF | $100.00 |
| BAKER'S SQUARE | $20.00 |
| BONANZA BAR AND GRILL | $100.00 |
| BORDERS BOOKS | $120.00 |
| CARSON STATION CASINO | $100.00 |
| BEL AIR MARKET | $20.00 |
| CAPITAL CITY AUTO PARTS | $100.00 |
| CAPITOL COORS CO | $100.00 |
| CARL'S JR | $120.00 |
| CHEVRON STATION | $200.00 |
| CHEVY'S | $120.00 |
| COCOS | $100.00 |
| CONNECTED | $100.00 |
| COOKIE CONNECTION | $20.00 |
| CROSSROADS LOUNGE | $100.00 |
| CSK AUTO INC | $20.00 |
| DAY & NIGHT MINIMART | $20.00 |

| | |
|---|---:|
| DEPT MOTOR VEHICLES | $100.00 |
| DIGITAL EMPLOYEE CU | $100.00 |
| DISNEYLAND | $100.00 |
| DIONISO VELENZUELA | $100.00 |
| ELEPHANT BAR | $20.00 |
| EL TORITO RESTAURANT | $100.00 |
| FARMERS & MERCHANTS BANK | $20.00 |
| FLAMES COFFEE SHOP | $20.00 |
| FOR J INC | $100.00 |
| FRIENDS IN SERVICE HELPING | $100.00 |
| GARAGE SALE UNKNOWN | $300.00 |
| HARBOR FREIGHT | $100.00 |
| HILLSLIDER SALOON | $100.00 |
| HOLLIS L CLANTON JR | $100.00 |
| HOLLYWOOD VIDEO | $200.00 |
| HARD ROCK HOTEL & CASINO | $20.00 |
| JACKSON'S FOOD | $100.00 |
| JACKSON RANCHERIA TRIBAL PD | $20.00 |
| JAMBA JUICE | $20.00 |
| JAMESTOWN HOTEL | $100.00 |
| JANRA ENTERPRISES | $200.00 |
| JOE'S BAR | $100.00 |
| JON'S AUTOMOTIVE | $20.00 |
| KAYO OIL CO | $20.00 |
| LYONS | $20.00 |
| MAIN | $20.00 |
| MARK AND BRIAN'S BAR & GRILL | $100.00 |
| MARY GRAVELY | $20.00 |
| MAURICES INC | $100.00 |
| MERCEDED DELANEY | $100.00 |
| MICHAEL'S | $100.00 |
| NANCY EKINS | $20.00 |
| OVATIONS FANFARE | $20.00 |
| PG & E | $100.00 |
| PIED PIPER | $20.00 |
| ROAD RUNNER CAFE | $40.00 |
| ROBERT LITTLEPAGE | $100.00 |
| ROBERT RODRIGUEZ | $20.00 |
| ROCKLIN POLICE DEPT | $40.00 |

| | |
|---|---|
| R & V FOOD SERVICES INC | $100.00 |
| SAHARAH ENTERPRISES | $20.00 |
| SAVINGS BANK OF MENDOCINO | $20.00 |
| SCOTT AUTO TRIM | $20.00 |
| SF SACRAMENTO INC | $20.00 |
| SIEGLINDE LEHMANN | $20.00 |
| SLOT WORLD | $200.00 |
| STOCKMANS BANK | $20.00 |
| STUART ANDERSONS | $100.00 |
| SUB-FACTORY | $100.00 |
| THE LEVI STORE | $100.00 |
| THE SMOOTHIE SHOP | $20.00 |
| THE UPS STORE | $20.00 |
| THE WASHOE ARC | $20.00 |
| TRADER JOE'S | $100.00 |
| THREE BROTHERS RESTAURANT | $100.00 |
| TRUE VALUE HARDWARE | $100.00 |
| TOPAZ LODGE AND CASINO | $100.00 |
| UMPQUA BANK | $100.00 |
| WAYNES TWAIN HARTE SHELL | $20.00 |
| WEST END WOMEN'S CLINIC | $660.00 |
| WINDI OLSEN | $100.00 |
| YAGERS TAP HOUSE AND GRILL | $100.00 |
| ZANE'S IRON HORSE LOUNGE | $100.00 |
| VALLEY SPRINGS HOME CTR | $20.00 |

**Total Amount of Restitution ordered:** $12,640.00

Dated this _____8_____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE
GLORIA M. NAVARRO, Chief Judge
United States District Court